# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:21-mj-91-DSC |
| v. | ) | |
| **ISNELDY SIGFREDO GRULLON** | ) | **ORDER** |

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the retention of the fentanyl and cocaine seized in U.S. Department of Homeland Security HSI Case Number CR13HR21CR0004, FPF Case Number 2021-1512-000681-01,

IT IS HEREBY ORDERED that the aforementioned fentanyl and cocaine be retained by the Department of Homeland Security until further order of the Court.

**SO ORDERED**.

Signed: April 29, 2021

_____
David S. Cayer
United States Magistrate Judge